UNITED STATES DISTRICT COURT
SOUNTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ELIAS A. WORKNEH,

           Plaintiff,

- against -

SUPER SHUTTLE INTERNATIONAL, INC.,
VEOLIA TRANSPORT, NEW YORK CITY,
AIRPORTER, and GOLDEN TOUCH
TRANSPORTATION,

           Defendants.

------------------------------------------------------------X

15 Civ. 3521 (ER) (RWL)

ORDER

**ROBERT W. LEHRBURGER, UNITED STATES MAGISTRATE JUDGE.**

Having reviewed the parties' correspondence regarding Plaintiff's continuing violation of this Court's orders (Dkt. 234 and 235), by January 17, 2020, Defendants shall file proposed findings of fact (as they pertain to Plaintiff's repeated failure to comply with orders) and conclusions of law supporting dismissal of the case. The conclusions of law should include discussion of why terminating sanctions are warranted over lesser sanctions such as an adverse inference regarding the contents of the records sought. Defendants' filing shall be no longer than 10 pages (double-spaced). By February 18, 2020, Plaintiff may file a response of no more than 10 pages (double-spaced).

           SO ORDERED.

           _____ 12/6/19
           ROBERT W. LEHRBURGER
           UNITED STATES MAGISTRATE JUDGE

Dated: December 6, 2019
New York, New York

Copies transmitted to all counsel of record and mailed to:

Elias Workneh
9019 63rd Ave.
Flushing, NY 11374