USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12-17-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ELIAS A. WORKNEH,

                    Plaintiff,

    - against -

SUPER SHUTTLE INTERNATIONAL, INC.,
VEOLIA TRANSPORT, NEW YORK CITY,
AIRPORTER, and GOLDEN TOUCH
TRANSPORTATION,

                    Defendants.
-----------------------------------------------------------X

15 Civ. 3521 (ER) (RWL)

ORDER

**ROBERT W. LEHRBURGER, UNITED STATES MAGISTRATE JUDGE.**

1. The Court is in receipt of Plaintiff's letter dated December 12, 2019 (ECF 237). Plaintiff has not provided any legitimate justification for his repeated failure to comply with this Court's orders requiring him to sign the HIPAA form as provided by defense counsel.

2. To the extent not already accomplished, any documents received by Defendants in response to subpoenas shall be promptly produced to Plaintiff.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 17, 2019
       New York, New York

Copies transmitted to all counsel of record and mailed to:
    Elias Workneh
    9019 63rd Ave.
    Flushing, NY 11374

1