USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ELIAS A. WORKNEH,

                           Plaintiff,

       - against -

SUPER SHUTTLE INTERNATIONAL, INC.,
VEOLIA TRANSPORT, NEW YORK CITY,
AIRPORTER, and GOLDEN TOUCH
TRANSPORTATION,

                           Defendants.

------------------------------------------------------------X

15 Civ. 3521 (ER) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, UNITED STATES MAGISTRATE JUDGE.**

The Court is in receipt of Plaintiff's letter dated February 14, 2020 (Dkt. 243) as well as Defendants' response. (Dkt. 244.) The relief requested by Plaintiff is DENIED. Plaintiff shall substantively respond to Defendants' motion to dismiss no later than March 10, 2020.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: February 18, 2020
       New York, New York

Copies transmitted to all counsel of record and mailed to:

    Elias Workneh
    9019 63rd Ave.
    Flushing, NY 11374