USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ELIAS A. WORKNEH,

                Plaintiff,

    - against -

SUPER SHUTTLE INTERNATIONAL, INC., et al.,

                Defendants.
---------------------------------------------------------------X

15 Civ. 3521 (ER) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, UNITED STATES MAGISTRATE JUDGE.**

       The Court is in receipt of the attached email received from Plaintiff on April 6, 2020. To the extent the letter seeks action by Judge Ramos on Plaintiff's March 30, 2020 letter (Dkt. 252) objecting to this Court's order of March 12, 2020 (Dkt. 251), Judge Ramos will proceed as he deems proper. The letter's request for any other relief is denied. As this Court previously indicated, Defendants' motion to dismiss will be dealt with in due course. Plaintiff is hereby ordered not to file or submit any further correspondence concerning the issues raised in his April 6, 2020 email as they are duplicative of matters previously addressed and resolved.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: April 7, 2020
       New York, New York

Copies transmitted to all counsel of record and mailed to:

    Elias Workneh
    9019 63rd Ave.
    Flushing, NY 11374

**From:** elias ayalew <elijaay@gmail.com>
**Sent:** Monday, April 6, 2020 1:39 PM
**To:** Rupa Shah <rupa_shah@nysd.uscourts.gov>
**Cc:** jamiefelsen@mllaborlaw.com <jamiefelsen@mllaborlaw.com>; matt@mllaborlaw.com <matt@mllaborlaw.com>
**Subject:** 15-cv-3521. Urgent

Goodmorning !

First and formost i hope and pray that all of you and your families are safe at this moment

Dear Rupa

I am writing this letter after i learnt that the court employees are working from home. Therefore i need to adress some of the information that is needed in the due process that need immediate action.

1. On march 14, 2020 I have submitted an opposition letter to the march 11, 2020 rulling. That i still wait for its response.
2. Letter writen to Hon. Judge ramose are revolved to other offices. And rulling made with out the judge Ramose and support staff knowlege
3. Letter written to Hon Judge Ramos and other important letter systematically left with out response and with out having a docket number. Please. refer the letter i request to have a confrence with Hon. Judge Ramose after i talked to Judge Ramose assistant
4. Letter that i wrote to Hon. Judge Ramose after i talked to Hon judge Ramose support staff is still blocked from reaching to the support team of Hon. judge Ramose.
The court need to investigate why Mr. Felsen doing all this?
5. In the last confrence with Hon. Judge ramose 2 years ago Hon. Judge Ramose had a couple of ordered to. Felsen that including to
    A. to reply to the amended complaints by including all the four companies and the claims including the hostile work environment that the defandant coucil refused to do so claiming that the" the hostile work environment claim is desmissed " which Hon. Judge Ramose found Mr Felsen statment incorrect And ordered him to reply but till now he didnt do it.
   B. The court Ordered ihm to give me all documents to me. But the defandant council refused to give the production and introgatores statment that i have sent to him. That are potentially be important evidenc.
C. The defandant attorny Refused and oppose the electoronic investigation and discovery related to my medical document that was compromised by the defandant council
/ coucil that i have found that the medical document submitted by the defandant council Mr. Felsen to the court is incorrect and potentially prejuriouse
D. The defandant council mr. Felsen made direct influnce and manage to have a rulling opposite to what the judge and majestrate judge ordered and that i have reported to the court and corrected.
E. Delibratly delay the uđe process using the resource and implied power of the defandant council / that Mr Felsen then use a method of blaming the victum and insult and give names for my action that has to be handled by the friends of the court.

F. The defandant council Mr. Felsen hide from his coworkers / attorny( milman labuda law group) how he manage the case and his unacceptable practice and influnce inside the court. Infact Mr Felsen include the other attorny name mr. Matt only when his practice found unethical and challenged. Please refere the letter i wrote 3 years ago with a title unethical practice done by the defandant attorny mr. Felsen in siđe the court, were he has manage to produce a letter/order signed by Hon. Judge Ramose which is opposite to what Hon. Judge ramose believe and rulled. Which he was not happy of the rulling then manage to produced a letter of rulling that is incorrect then when i found out and report to the court accusing him. He immediatly respond by including His coworker name Attorny Matt in the case. So that other people / attorny also challenged and share the risk for his cause.

I recall that when the court set a time for a confrence recently he replied stating that he has other appointment then when the court ask him to assign His coworker and attorny Mr. Matteiw he oppose saying that attorny Matt has less info of the case And unable to represent and attend with out Mr Felsen presence. Which i believe is incorrect. The paradox is that at the time his influnce on the court and practice challenged and unethical he pulled other attorny to share the risk ( Matt) but hide how he manage the case or the avenue he follow through and avoid them from knowing how he is doing. Becouse they might oppose the practice becouse when the practice investigated in the future it affect the milan labuda firm in general.

Therefore taking the above facts and circumstan i need you and other employees to challenge him stop him from influncing by revoving letter, escape letter from having docket number and rulling and block letter sent to Hon. Judge Ramose .

Dear Rupa

This is very critical time and that need third party involvement that includes freinds of the court department of justice and other institution that works on ethical issues and investigate how Mr. Felsen manage to compromise my medical document ?

For what reason he use it?

Why he oppose the investigation?

What are the things he want to hide. And he manage and influnce people inside the court to štand for his cause.

Finally i respectfully ask you to talk to Hon. Judge Ramos assistant , last time she adviced me to write a letter addressing to Hon. Judge Ramos after she also noticed that letter written to one party revolves to other. However, the letter i wrote to Hon. Judge ramose still blocked by mr.Felsen.

- I. I want to know if i need to write another letter to Hon. Judge ramose for the confrence
- II. can i contact the defandant directly passing Mr. Felsen since he Refused to produce documents that i have asked him and refuse to reply to my introgatores
- III. two other institution are going to investigate the medical related violation done by the defandant attorny and request the court to wait for their finding.And
- lV. request the court to write a letter to the general manager of milman labuda group and ask their position statment on the practice and how they manage the case.


Respectfully
Elias workneh