USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ELIAS A. WORKNEH,

                Plaintiff,

-against-

SUPER SHUTTLE INTERNATIONAL, INC.,
et al.,
                Defendants.
-----------------------------------------------------------X

15 CIVIL 3521 (ER)(RWL)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 26, 2020, the Court has reviewed Magistrate Judge Lehrburger's R&R and finds no clear error. Therefore, the Court adopts Magistrate Judge Lehrburger's recommendations in their entirety. Defendants' motion is GRANTED, the TAC is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
         June 26, 2020

                                                  **RUBY J. KRAJICK**

                                                   Clerk of Court

                              BY:

                                                   **Deputy Clerk**